IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **LOVIE NICOLE SIMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **NO. 3:23-cv-00700** |
| | ) | |
| **v.** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE FRENSLEY** |
| **SANTANDER CONSUMER USA,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 7) recommending this action be dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b) and that the Defendant's motions to compel arbitration (Doc. No. 4) be found moot.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's recommendation were to be filed within fourteen days of service (Doc. No. 7 at 6). No objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be **ADOPTED**. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Report and Recommendation. Defendant's Motion to Compel Arbitration (Doc. No. 4) is **MOOT**.  The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE